UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

OFFICE OF MENTAL RETARDATION AND
DEVELOPMENTAL DISABILITIES on Behalf
of Kellye A. Duncan,

                Plaintiff,

    vs                                6:04-CV-386

JoANNE B. BARNHART, COMMISSIONER,
OF SOCIAL SECURITY ADMINISTRATION,

                Defendant.

- - - - -- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| APPEARANCES: | OF COUNSEL: |
|---|---|
| HON. ELIOT SPITZER<br>Attorney General of the<br>  State of New York<br>Attorney for Defendants<br>Department of Law<br>The Capitol<br>Albany, New York 12224 | DAVID B. ROBERTS, ESQ.<br>ROGER W. KINSEY, ESQ.<br>Asst. Attorney General |
| HON. GLENN T. SUDDABY<br>United States Attorney<br>  Northern District of New York<br>Attorney for Defendant<br>P. O. Box 7198<br>100 South Clinton Street<br>Syracuse, New York  13261-5165 | WILLIAM H. PEASE, ESQ.<br>Assistant U.S. Attorney |
| SOCIAL SECURITY ADMINISTRATION<br>Office of Regional General Counsel<br>Region II<br>26 Federal Plaza - Room 3904<br>New York, NY 102787 | ARTHUR SWERDLOFF, ESQ. |

DAVID N. HURD
United States District Judge

## **DECISION and ORDER**

Plaintiff, Office of Mental Retardation and Developmental Disabilities on Behalf of Kellye A. Duncan, brought this action seeking judicial review pursuant to 42 U.S.C. § 405(g) of the Social Security Act.  By Report and Recommendation dated June 16, 2006, the Honorable David E. Peebles, United States Magistrate Judge, recommended that the defendant's motion for judgment on the pleadings be granted, the Commissioner's determination be affirmed, and plaintiff's complaint in the action be dismissed in all respects.  The parties have filed timely objections to the Report-Recommendation.

Based upon a de novo determination of the portions of the report and recommendations to which the parties have objected, the Report-Recommendation is accepted and adopted in whole.  See 28 U.S.C. 636(b)(1).  Accordingly, it is

ORDERED that

1. The defendant's motion for judgment on the pleadings is GRANTED;

2. The Commissioner's determination is AFFIRMED; and

3. Plaintiff's complaint is DISMISSED in all respects.

The Clerk is directed to enter judgment accordingly.

IT IS SO ORDERED.

United States District Judge

Dated:   November 20, 2006
         Utica, New York.